```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                             CASE NO. 07 B 16291
    RICHARD J DUDEK
    RUTH A DUDEK                                   CHAPTER 13

                                                   JUDGE: JOHN H SQUIRES
            Debtor
    SSN XXX-XX-8975      SSN XXX-XX-2027
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/06/07 .

   2.  The case was converted to Chapter 7 without confirmation, 02/01/2008.

   3.  The Debtor paid a total of $   2250.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | PRIORITY | NOT FILED | .00 | .00 |
| AAMS LLC | UNSECURED | NOT FILED | .00 | .00 |
| BARTLETT FIRE DISTRICT | UNSECURED | NOT FILED | .00 | .00 |
| BARTLETT PHYSICAL THERAP | UNSECURED | NOT FILED | .00 | .00 |
| CB ACCOUNTS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CYNTHIA J OBRIEN MD | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| GMAC | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL ACCOUNTING | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| MORAINE EMERGENCY PHYSIC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PODIATRIC MANAGEMENT SYS | UNSECURED | NOT FILED | .00 | .00 |
| RADIOLOGISTS OF DUPAGE | UNSECURED | NOT FILED | .00 | .00 |

```
RIVERSIDE PSYCHIATRIC &   UNSECURED        NOT FILED                 .00          .00
SEARS BKRUPTCY RCVRY MGM  UNSECURED        NOT FILED                 .00          .00
SPRINT NEXTEL             UNSECURED        NOT FILED                 .00          .00
UNION PLUS                UNSECURED        NOT FILED                 .00          .00
INTERNAL REVENUE SERVICE  UNSECURED        NOT FILED                 .00          .00
       Summary of disbursements:
-------------------------------------------------------------------------------
                       SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00          .00          .00         .00           .00
PRINCIPAL PAID             .00          .00          .00         .00           .00
INTEREST PAID              .00          .00          .00         .00           .00
TOTAL PAID                 .00          .00          .00         .00           .00
```

The Debtor's attorney, GREGORY J MARTUCCI             , was allowed $   1000.00
and was paid $    1000.00 .

The Trustee received $       61.57 .

Refunds to the Debtor totaled $   1188.43 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 05/20/08                   /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 16291 RICHARD J DUDEK & RUTH A DUDEK